| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | KYLE C. WONG (224021) |
| 3 | (kwong@cooley.com) |
| | REECE TREVOR (316685) |
| 4 | (rtrevor@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 5 | San Francisco, California 94111-4004 |
| | Telephone: +1 415 693 2000 |
| 6 | Facsimile: +1 415 693 2222 |
| 7 | TIANA DEMAS (*pro hac vice forthcoming*) |
| | (tdemas@cooley.com) |
| 8 | 110 N. Wacker Drive, Suite 4200 |
| | Chicago, Illinois 60606 |
| 9 | Telephone: +1 312 881-6500 |
| | Facsimile: +1 312 881-6598 |

Attorneys for Defendants
ALPHABET, INC., GOOGLE LLC, YOUTUBE, LLC, and XXXVI HOLDINGS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOGARD, MCGRATH, JANE DOE, BECCA SCHMILL FOUNDATION, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>TIKTOK, INC., BYTEDANCE, INC., ALPHABET INC., XXVI HOLDINGS INC., GOOGLE LLC, YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:24-cv-03131-VKD<br><br>**DECLARATION OF KYLE C. WONG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND EXTENDING PAGE LIMITS FOR DEFENDANTS' JOINT MOTION TO DISMISS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DEC. OF K. WONG ISO
STIP. RE BRIEFING SCHED.
CASE NO. 5:24-CV-03131-VKD**

I, Kyle C. Wong, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC, Alphabet, Inc., YouTube, LLC, and XXXVI Holdings Inc. in *Bogard et al. v. TikTok, Inc. et al.*, Case No. 5:24-cv-03131. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of the parties' Stipulation and [Proposed] Order Setting Briefing Schedule and Extending Page Limits for Defendants' Joint Motion to Dismiss (the "Stipulation").

2. This action was originally filed in as Case No. 3:23-cv-00012 in the U.S. District Court for the Southern District of Indiana. On May 22, 2023, Defendants previously moved to dismiss Plaintiffs' complaint (ECF No. 1, the "Complaint") for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

3. On March 25, 2024, the Southern District of Indiana transferred this action to this Court. The Southern District of Indiana declined to rule on the motion to dismiss in light of its decision to transfer the action to this Court.

4. On June 25, 2024, Defendants informed Plaintiffs of their intent to renew their motion to dismiss the Complaint and file new briefing reflecting relevant changes in law and the transfer from the Seventh Circuit to the Ninth Circuit. As Defendants informed Plaintiffs, in the interest of party and judicial economy, Defendants anticipate filing a single joint motion to dismiss, rather than multiple motions.

5. On July 2, 2024, the parties agreed to jointly request that the Court modestly extend the briefing schedule and page limits for the anticipated renewed motion to dismiss, as reflected in the Stipulation. Good cause exists for these extensions because they will permit the parties to provide the Court with orderly and complete argument on the motion to dismiss, which Defendants anticipate will address multiple federal defenses in addition to each of the Complaint's eight causes of action.

6. The modest requested time modification will not affect any other deadlines. The parties have not yet begun discovery, no trial date is set, and no other motions are currently pending in the case. No other time modifications have occurred since this action's transfer to this Court.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF K. WONG ISO
STIP. RE BRIEFING SCHED.
CASE NO. 5:24-CV-03131-VKD

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2024 in San Francisco, California.

                                                */s/ Kyle C. Wong*
                                                Kyle C. Wong

305221663

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF K. WONG ISO
STIP. RE BRIEFING SCHED.
CASE NO. 5:24-CV-03131-VKD