Bailey J. Langner
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1214
Email: blangner@kslaw.com

Geoffrey M. Drake
(pro hac vice forthcoming)
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4726
Email: gdrake@kslaw.com

David Mattern
(pro hac vice forthcoming)
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2946
Email: dmattern@kslaw.com

Attorneys for Defendants
TIKTOK INC. and BYTEDANCE INC.

*[Additional Counsel Appear on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOGARD, MCGRATH, JANE DOE, BECCA SCHMILL FOUNDATION, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>TIKTOK, INC., BYTEDANCE, INC., ALPHABET INC., XXVI HOLDINGS INC., GOOGLE LLC, YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:24-cv-03131-VKD<br><br>**DECLARATION OF DAVID P. MATTERN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 TO VACATE THE AUGUST 27, 2024 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Place:    Courtroom 2, 5th Floor<br>Judge:   Hon. Virginia K. DeMarchi |

I, David P. Mattern, declare and state as follows:

1. I am an attorney with the law firm of King & Spalding LLP, and I am one of the attorneys representing Defendants TikTok Inc. and ByteDance Inc. in this action. I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify thereto under oath. I make this declaration in support of Defendants' administrative motion pursuant to Civil Local Rule 7-11 to vacate the August 27, 2024 Case Management Conference ("CMC") and related deadlines.

2. Pursuant to Civil Local Rule 7-11(a), the Parties have conferred by email regarding Defendants' request to vacate the CMC and related deadlines in light of Defendants' pending motion to dismiss, which raised, among other things, the applicability of federal immunities to suit.

3. The Parties have not reached a stipulation pursuant to Civil Local Rule 7-11(a). Plaintiffs oppose Defendants' request, stating that they "would prefer to keep the initial conference," and Defendants expect they will file an opposition pursuant to Civil Local Rule 7-11(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2024, in Washington, D.C.

*[signature]*
David P. Mattern