UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------X
:
: Index No.: 24-cv-3131-VKD
BOGARD, MCGRATH, JANE DOE, :
and BECCA SCHMILL :
FOUNDATION, :
Individually and on behalf of all :
 others similarly situated :
      *Plaintiffs,* :
:
 -v.- :
:
TIKTOK INC., BYTEDANCE INC, :
ALPHABET INC., :
XXVI HOLDINGS INC., :
GOOGLE LLC, YOUTUBE, LLC :
:
:
      *Defendants.* :
:
------------------------------------------------------X

## DECLARATION OF PLAINTIFFS' COUNSEL JUYOUN HAN, ESQ.:

I, Juyoun Han, declare that I am an attorney at law with the law firm of Eisenberg & Baum LLP, retained as counsel for all Plaintiffs in this action. I have personal knowledge of the matters contained herein.

1. On July 12, 2024, Defendants TikTok Inc. and ByteDance Inc. filed a motion to dismiss,

2. Plaintiffs oppose the Defendants' motion and submit an opposition.

3. Attached hereto is Exhibit A which contains Joanne Bogard's affidavit signed on June 26, 2023 and previously submitted in this case.

4. Attached hereto is Exhibit B which contains Annie McGrath's affidavit signed on June 26, 2023 and previously submitted in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 23, 2024

/s/ Juyoun Han
Juyoun Han, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003
Main: (212) 353-8700
Fax: (917) 591-2875
jhan@eandblaw.com
*Attorneys for Plaintiffs*