COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

TIANA DEMAS (*pro hac vice*)
(tdemas@cooley.com)
MARIAH YOUNG (*pro hac vice* forthcoming)
(mayoung@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606
Telephone: +1 312 881-6500
Facsimile: +1 312 881-6598

Attorneys for Defendants
ALPHABET, INC., GOOGLE LLC, YOUTUBE, LLC, and XXXVI HOLDINGS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOGARD, MCGRATH, JANE DOE, BECCA SCHMILL FOUNDATION, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>TIKTOK, INC., BYTEDANCE, INC., ALPHABET INC., XXVI HOLDINGS INC., GOOGLE LLC, YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:24-cv-03131-VKD<br><br>**DECLARATION OF TIANA DEMAS IN SUPPORT OF DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

I, Tiana Demas, declare as follows:

1. I am an attorney at Cooley LLP and counsel for Defendants Google LLC, YouTube LLC, XXVI Holdings Inc., and Alphabet Inc. in this action. I am admitted to practice law before this Court *pro hac vice*. I have personal knowledge of the matters set forth below and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Defendants' Joint Reply in Support of their Motion to Dismiss Plaintiffs' Complaint.

2. Plaintiffs' Complaint cites and relies on various webpages that were publicly available at the time the Complaint was filed. Because the contents of some of those webpages have changed over time, I directed my colleagues at Cooley LLP to use the Internet Archive's Wayback Machine (https://web.archive.org/, the "Wayback Machine"), which I understand is a public archive of webpages as they appeared on various historical dates, to access and download the versions of the webpages cited in the Complaint. I directed my colleagues to download versions of these webpages archived on or near the date the Complaint was filed, or January 25, 2023, where Complaint indicated that was the "last visited" date for certain webpages.

3. Attached as Exhibit A is a true and correct copy of a webpage titled "Learn about scheduled copyright takedown removal requests" maintained by YouTube and publicly available at the time the Complaint was filed at the URL https://support.google.com/youtube/answer/9167045?hl=en&ref_topic=9282614. This URL is cited in the Complaint at Paragraph 15, note 4. Exhibit A is an archived version of this webpage as it appeared on August 19, 2022, the latest date prior to the Complaint's filing for which an archived version is available, and is currently available via the Wayback Machine at https://web.archive.org/web/20220819003924/https://support.google.com/youtube/answer/91670 45?hl=en&ref_topic=9282614.

4. Attached as Exhibit B is a true and correct copy of a webpage titled "Online Challenges" maintained by TikTok and publicly available at the time the Complaint was filed at the URL https://www.tiktok.com/safety/en-us/online-challenges/. This URL is cited in the Complaint at Paragraph 17, note 6. Exhibit B reflects an archived version of this webpage as it appeared on December 24, 2022, the latest date for which an archived version is available prior to

the "last visited" date of January 25, 2023, and is currently available via the Wayback Machine at https://web.archive.org/web/20221224043215/https://www.tiktok.com/safety/en-us/online-challenges/.

5. Attached as Exhibit C is a true and correct copy of a webpage titled "Harmful or dangerous content policy" maintained by YouTube and publicly available at the time the Complaint was filed at the URL https://support.google.com/youtube/answer/2801964?hl=en. This URL is cited in the Complaint at Paragraph 17, note 7. Exhibit C reflects an archived version of this webpage as it appeared on January 18, 2023, the latest date for which an archived version is available prior to the "last visited" date of January 25, 2023, and is currently available via the Wayback Machine at https://web.archive.org/web/20230118091144/https://support.google.com/youtube/answer/2801964?hl=en#expand&zippy=%2Cextremely-dangerous-challenges%2Cdangerous-or-threatening-pranks%2Cviolent-events-or-instructions-to-harm%2Cdrug-use%2Ceating-disorders.

6. Attached as Exhibit D is a true and correct copy of a webpage titled "Report Inappropriate Videos, Channels, and Other Content on YouTube" maintained by YouTube and publicly available at the time the Complaint was filed at the URL https://support.google.com/youtube/answer/2802027. This URL is cited in the Complaint at Paragraph 17, note 8. Exhibit D reflects an archived version of this webpage as it appeared on January 24, 2023, the latest date for which an archived version is available prior to the "last visited" date of January 25, 2023, and is currently available via the Wayback Machine at https://web.archive.org/web/20230124121436/https://support.google.com/youtube/answer/2802027.

7. Attached as Exhibit E is a true and correct copy of a webpage titled "Community Guidelines" maintained by YouTube and publicly available at the time the Complaint was filed at the URL https://www.youtube.com/howyoutubeworks/policies/community-guidelines/#community-guidelines. This URL is cited in the Complaint at Paragraph 17, note 9. Exhibit E reflects an archived version of this webpage as it appeared on January 25, 2023, the "last

visited" date, and is currently available via the Wayback Machine at https://web.archive.org/web/20230125231124/https://www.youtube.com/howyoutubeworks/policies/community-guidelines/#community-guidelines. The Community Guidelines contain links to YouTube's guidelines on specific topics, including "Harmful or dangerous content," which Plaintiffs reference elsewhere in the Complaint and which is attached hereto as Exhibit C, noted above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September, 2024 in Chicago, Illinois.

*/s/ Tiana Demas*
Tiana Demas