COOLEY LLP
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

TIANA DEMAS (*pro hac vice*)
(tdemas@cooley.com)
MARIAH A. YOUNG (*pro hac vice*)
(mayoung@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606
Telephone: +1 312 881-6500
Facsimile: +1 312 881-6598

*Attorneys for Defendants*
GOOGLE LLC and YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOGARD, MCGRATH, JANE DOE, BECCA SCHMILL FOUNDATION, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>TIKTOK, INC., BYTEDANCE, INC., GOOGLE LLC, YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:24-cv-03131-VKD<br><br>**DECLARATION OF TIANA DEMAS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

I, Tiana Demas, declare as follows:

1. I am an attorney at Cooley LLP and counsel for Defendants Google LLC and YouTube, LLC. I am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the matters set forth below and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Defendants' Joint Motion to Dismiss Plaintiffs' First Amended Complaint.

2. Attached hereto as **Exhibit A** is a redline comparison showing the changes between Plaintiffs' original Complaint (ECF No. 1) and the First Amended Complaint (ECF No. 110).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2025 in Washington, D.C.

*/s/ Tiana Demas*
Tiana Demas